UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

CLARION COLE,

  Plaintiff,

-vs-                              CASE NO.:  2:18-CV-01395-BMS

EGS FINANCIAL CARE, INC,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, CLARION COLE, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, CLARION COLE, and Defendant, EGS FINANCIAL CARE, INC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Respectfully submitted,

*/s/Octavio Gomez, Equire*
Octavio "Tav" Gomez
Pennsylvania Bar No.: 325066
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 225-5505
Facsimile:  (813) 559-4845
Email: TGomez@forthepeople.com
Secondary: jsherwood@forthepeople.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of May, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

>*/s/Octavio Gomez, Equire*
>Octavio "Tav" Gomez
>Pennsylvania Bar No.: 325066