UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

CLARION COLE,

   Plaintiff,

-vs-                                               CASE NO.: 2:18-CV-01395-BMS

EGS FINANCIAL CARE, INC,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiff, Clarion Cole, and the Defendant, EGS Financial Care, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of June, 2018.

| | |
|---|---|
| */s/Octavio Gomez* | */s/Andrew J. Blady, Esquire* |
| Octavio "Tav" Gomez, Esquire | Andrew J. Blady, Esquire |
| Pennsylvania Bar #: 325066 | Sessions, Fishman Nathan & Isreal |
| Morgan & Morgan, Tampa, P.A. | 3682 Green Ridge Road |
| 201 North Franklin Street, 7th Floor | Furlong, PA 18925 |
| Tampa, FL 33602 | Tele: (267) 544-0840 |
| Telephone: (813) 223-5505 | Fax: (267) 935-7382 |
| Facsimile: (813) 223-5402 | ablady@sessions.legal |
| tgomez@forthepeople.com | *Counsel for Defendant* |
| jderry@forthepeople.com | |
| jkneeland@forthepeople.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Andrew J. Blady, Esquire, Sessions, Fishman Nathan & Isreal, 3682 Green Ridge Road, Furlong, PA  18925 (ablady@sessions.legal and cgubala@sessions.legal)

                                          */s/Octavio Gomez, Equire*
                                          Octavio "Tav" Gomez
                                          Pennsylvania Bar No.: 325066